FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA M.,<br><br>            Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | NO: 1:21-CV-03030-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. §405(g). ECF No. 8. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Shata L. Stucky.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 8, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council should remand this case to the Administrative Law Judge (ALJ) for a de novo hearing. On remand, the ALJ shall further evaluate the

ORDER ~ 1

severity of Plaintiff's impairments, the opinion evidence of record, and Plaintiff's maximum residual functional capacity.  If warranted by the expanded record, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform work in the national economy, take any further action needed to complete the administrative record, and issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** April 30, 2021.

                                    *s/Fred Van Sickle*
                                      Fred Van Sickle
                            Senior United States District Judge

ORDER ~ 2